# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

            Plaintiff,

vs.

Jose Alberto Marquez-Rios (1),
Silvia Alvarado-Galarza (2), and
Candido Carretero-Linares (3),

            Defendants.

Criminal No. 06-440 (1)-(3) (RHK/AJB)

**ORDER**

---

      With the concurrence of counsel for all parties, the March 22, 2007, Status Conference in the above matter is **CANCELED** and will be rescheduled.

Dated: March 21, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge